**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD H. FRANZMAN, JR., | ) | NO. SA CV 09-86-SJO(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| BILL LOCKYER, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment herein
3 by United States mail on Petitioner, counsel for Petitioner, and counsel
4 for Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: April 23, 2009.

*S. James Otero*

_____
                S. JAMES OTERO
           UNITED STATES DISTRICT JUDGE