**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD H. FRANZMAN, JR., | ) NO. SA CV 09-86-SJO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BILL LOCKYER, et al., | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 23, 2009.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE